NUMBER
13-06-010-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_______________________________________________________

 

ERYN O=CONNOR,                                                   Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

________________________________________________________

 

                  On
appeal from the 214th District Court

                           of
Nueces County, Texas.

_______________________________________________________

 

                     MEMORANDUM
OPINION

 

     Before
Chief Justice Valdez and Justices Hinojosa and Yañez

                       Memorandum
Opinion Per Curiam

 

Appellant seeks to appeal from an order imposing sanctions on
defendant and continuing or modifying community supervision.  We dismiss the appeal for want of
jurisdiction.








In Basaldua v. State, 558 S.W.2d 2 (Tex. Crim. App. 1977), the
Court held that a defendant may not appeal from an order continuing a defendant
on probation with amended terms and conditions. 
There is neither constitutional nor statutory authority which would
confer jurisdiction on this Court to hear an appeal from an order modifying
probationary conditions.  Basaldua,
558 S.W.2d at 5.

Accordingly, the appeal is dismissed.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

Memorandum Opinion
delivered and 

filed this the 26th day of January, 2006.